Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff Victor Chevalier

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHEVALIER | Case No.: 5:17-cv-02322-CJC-SHK |
| Plaintiff, | **Notice of Settlement** |
| v. | |
| CAPITAL ONE BANK USA, N.A., ET AL. | |
| Defendants | |

    Please take notice that this matter is settled with all defendants.  It is anticipated the settlement will be completed within 30 days.

Dated: October 29, 2018          /s/Jeremy S. Golden_____
                                                      Jeremy S. Golden
                                                      Attorney for Plaintiff